

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00099-CR

| | | |
|---|---|---|
| Brent Allen Benefield | § | From the 30th District Court |
| | § | of Wichita County (53,721-A) |
| v. | § | July 30, 2015 |
| | § | Opinion by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT ON REHEARING

After reviewing appellant's motion for rehearing, we deny the motion. We withdraw our February 26, 2015 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Sue Walker
         Justice Sue Walker